# DONALD A. DEGRANGE, M.D., FAAOS

621 S. New Ballas Road, Suite 142A
St. Louis, Missouri 63141
314-251-3990
(fax) 314-251-5390

## FEE SCHEDULE

Effective 01/01/2024

| | |
|---|---|
| IME (includes 1 inch of records and imaging) | $3,000.00 |
| IME Late records fee | $500.00 |
| Add'l IME Billing for review of studies not available at time of appointment | $1,500.00 |
| IME Follow up (no add'l records or imaging) | $1,500.00 |
| Additional Records or Imaging Studies (billed per hour) | $1,600.00 |
| 2nd Opinion (includes 1 inch of records and imaging) | $2,000.00 |
| Surveillance Video Review (billed per hour) | $1,600.00 |
| Records Review (includes 2" of records and imaging) | $4,000.00 |
| Attorney/Physician Phone Call (billed per hour) | $1,000.00 |
| Deposition | $2,000.00 per hour |
| Trial Testimony – ½ day | $5,000.00 + expenses (expenses billed separately) |
| Trial Testimony – full day | $10,000.00 + expenses (expenses billed separately) |
| Rating Reports | $400.00 |
| Addendum Reports | $400.00 per 15 minutes for records/imaging review $1,000.00 for the report |
| Records Printing | $200.00 per ¼ inch |

All IME and deposition fees are to be pre-paid 2 weeks prior.

Cancellation Policies:
Depositions – No refund if canceled less than 7 days prior to deposition date.
IMEs – No refund if canceled less than 10 business days prior to appointment.